UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JS CHINA SOURCING INC.,<br>Plaintiff,<br>v.<br>AMERICAN EAGLE OUTFITTERS, INC.,<br>Defendant. | Civil Action No. 26-cv-8055<br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

Please enter my appearance on behalf of Plaintiff JS China Sourcing Inc. ("JSC") the above-captioned matter. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York New York
September 16, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Elizabeth Bishop*

Elizabeth Bishop
295 Fifth Avenue
New York, New York 10016
Tel: (212) 849–7000
Email: elizabethbishop@quinnemanuel.com

*Attorneys for Plaintiff JS China Sourcing Inc.*