UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JS CHINA SOURCING INC.,

Plaintiff,

v.

AMERICAN EAGLE OUTFITTERS, INC.,

Defendant.

Civil Action No. 26-cv-8055

**NOTICE OF APPEARANCE**

To: The Clerk of the Court and all parties of record:

Please enter my appearance on behalf of Plaintiff JS China Sourcing Inc. ("JSC") the above-captioned matter. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York New York
September 16, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Jessica A. Rose*

Jessica A. Rose
295 Fifth Avenue
New York, New York 10016
Tel: (212) 849–7000
Email: jessicarose@quinnemanuel.com

*Attorneys for Plaintiff JS China Sourcing Inc.*