UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JC CHINA SOURCING, INC.,

Plaintiff,

-against-

AMERICAN EAGLE OUTFITTERS, INC.,

Defendant.

Civil Action No. 26-cv-08055

**(~~PROPOSED~~) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

Upon the memorandum of law in support, dated September 16, 2026; Declaration of Stacy Medvin, executed on September 16, 2026; Declaration of Jessica Rose, executed on September 16, 2026, and the Complaint dated September 16, 2026, it is hereby

**ORDERED**, that Defendant American Eagle Outfitters, Inc. ("AEO") show cause before a motion term of this Court at Room 12A, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007, on October 15, 2026, at 9:30 AM ~~o'clock in the ______ noon thereof, or as soon thereafter as counsel may be heard~~, why an order should not be issued pursuant to Fed. R. Civ. Pro. 65, enjoining the AEO during the pendency of this action from promoting, marketing, offering, or selling any goods or services that infringe Plaintiff JS China Sourcing, Inc.'s ("JSC"), OVERSLEPT trademark during the pendency of this litigation, and for such other and further relief as the Court may deem just and proper; and it is further

**ORDERED**, that personal service of a copy of this Order, all papers upon which it is based, as well as the Summons, Complaint, and ancillary papers upon AEO via personal service upon AEO and/or via ~~email~~ Federal Express overnight or equivalent upon Charles Hooker at the law firm of Kilpatrick Townsend &

Stockton LLP, counsel for AEO, on or before 5:00 PM ~~o'clock in the ____ noon~~ on September 25, 2026, shall be deemed good and sufficient service thereof; and it is further

ORDERED, that AEO shall serve and file its response in opposition to JSC's application via ECF and email to JSC's counsel on or before 5:00 p.m. ET on October 7, 2026; and it further

ORDERED, that that JSC shall serve and file its reply to AEO's opposition to via ECF and email to AEO's counsel on or before 5:00 p.m. ET on October 13, 2026.

So ordered.

Dated: September 23, 2026

Loretta A. Preska

United States District Judge