UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JS CHINA SOURCING INC.,

Plaintiff,

-against-

AMERICAN EAGLE OUTFITTERS, INC.,

Defendant.

No. 26-CV-8055 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed Plaintiff's and Defendant's respective September 24, 2026, letters.

It is hereby ORDERED that the hearing scheduled for October 15, 2026, is adjourned to October 26, 2026, at 10:00 AM, at 500 Pearl Street, Courtroom 12A, New York, NY 10007.

Defendant's request for limited expedited discovery is GRANTED. Defendant shall serve its discovery requests no later than the close of business on September 25, 2026. Thereafter, the parties shall confer about the most expeditious manner of producing the information.

Defendant's opposition to Plaintiff's application for a preliminary injunction, if any, shall be filed no later than noon

on October 19, 2026. And Plaintiff's reply, if any, shall be filed no later than noon on October 23, 2026.

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge