UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JS CHINA SOURCING INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>Defendants. | Civil Action No. 1:26-cv-08055 |

**ORDER**

IT IS HEREBY ORDERED that the Parties' joint Motion to Seal is GRANTED. The Parties are instructed to file the sealed documents in the manner described in Individual Rule 2.G.2.

Loretta A. Preska

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 22, 2026